## IN THE UNITED STATE DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

| | |
|---|---|
| THE PEOPLES BANK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case no. 3:10-CV-374 |
| | ) (Phillips/Guyton) |
| OLD REPUBLIC NATIONAL TITLE | ) |
| INSURANCE COMPANY, | ) |
| RAYMOND E. LACY, | ) |
| LACY, PRICE & WAGNER, P.C., and | ) |
| SUMMIT TITLE COMPANY, | ) |
| | ) |
| Defendants, | ) |
| | ) |
| OLD REPUBLIC NATIONAL TITLE | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Third-Party Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SUMMIT TITLE COMPANY, | ) |
| | ) |
| Third-Party Defendant. | ) |

## ORDER

Before the Court is Defendant's Motion to Amend its answer to the Amended Complaint.

[Doc. 31.] The Defendant has attached the proposed amendments as Exhibit A. The Plaintiff

does not object to the Defendant's Motion to Amend. [Doc. 33.]

For good cause shown, the Defendant's Motion to Amend its answer to the Amended

Complaint [Doc. 31] will be **GRANTED.** Accordingly the revised trial date is set to occur on

March 5, 2013.

-1-

**IT IS SO ORDERED.**

**ENTER:**

_____ s/ Thomas W. Phillips
United States District Judge