IN THE UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| THE PEOPLES BANK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case no. 3:10-CV-374 |
| | ) | (Phillips/Guyton) |
| OLD REPUBLIC NATIONAL TITLE | ) | |
| INSURANCE COMPANY, | ) | |
| RAYMOND E. LACY, | ) | |
| LACY, PRICE & WAGNER, P.C., and | ) | |
| SUMMIT TITLE COMPANY, | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| OLD REPUBLIC NATIONAL TITLE | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Third-Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SUMMIT TITLE COMPANY, | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

## ORDER

Before the Court is Defendant's Motion to Amend its answer to the Amended Complaint. [Doc. 31.] The Defendant has attached the proposed amendments as Exhibit A. The Plaintiff does not object to the Defendant's Motion to Amend. [Doc. 33.]

For good cause shown, the Defendant's Motion to Amend its answer to the Amended Complaint [Doc. 31] will be **GRANTED.** Accordingly the revised trial date is set to occur on March 5, 2013.

-1-

**IT IS SO ORDERED.**
                                     **ENTER:**

                                      <u>    s/ Thomas W. Phillips    </u>
                                        United States District Judge