| | | |
|---|---|---|
| THE PEOPLES BANK, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:11-cv-297 |
| | ) | (Phillips/Guyton) |
| RAYMOND E. LACY, | ) | |
| LACY, PRICE & WAGNER, P.C., and | ) | |
| SUMMIT TITLE COMPANY, | ) | |
| | ) | |
|     Defendants. | ) | |
| | ) | |

---

| | | |
|---|---|---|
| THE PEOPLES BANK, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | Case No. 3:10-cv-374 |
| v. | ) | (Phillips/Guyton) |
| | ) | |
| OLD REPUBLIC NATIONAL TITLE | ) | |
| INSURANCE COMPANY, | ) | |
| RAYMOND E. LACY, | ) | |
| LACY, PRICE & WAGNER, P.C., and | ) | |
| SUMMIT TITLE COMPANY, | ) | |
| | ) | |
|     Defendants, | ) | |
| | ) | |
| OLD REPUBLIC NATIONAL TITLE | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
|     Third-Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SUMMIT TITLE COMPANY, | ) | |
| | ) | |
|     Third-Party Defendant. | ) | |

1

## AGREED ORDER

The parties, by their respective counsel, have moved the Court to continue the current trial date to allow them to mediate these consolidated cases. For good cause shown, it is ORDERED that the trial of this matter, which is currently scheduled to begin on March 5, 2013, is continued, to be reset, if necessary, as herein provided.

The mediation shall occur on or before the scheduled trial date(s) of these consolidated cases. Counsel for the parties will report to the Court as soon as a mediator and mediation date has been scheduled. Counsel will then report the results of the mediation to the court within five days of the completion of the mediation.

All hearings and pre-trial disclosure, filing and/or discovery dates that have not passed as of January 3, 2013, including the hearing currently set for January 18, 2013, on the Lacy Defendants' Motion for Sanctions, are hereby vacated, to be reset, if necessary, following the completion of mediation. The trial will be continued for at least sixty days in order to give the parties time to complete discovery and trial preparation, if the case is not settled.

IT IS SO ORDERED, this _____10th_____ day of January, 2013.

_Thomas H. Phillips_
Thomas W. Phillips

2

/s/ Gregory D. Meadows
Gregory D. Meadows (016215)
**Gentry, Tipton & McLemore, P.C.**
Riverview Tower, Ste. 2300
900 S. Gay Street
Knoxville, TN 37902
(865) 850.8835
*gdm@tennlaw.com*

/s/ *John A. Lucas*
John A. Lucas (011198)
John T. Winemiller (021084)
 **MERCHANT & GOULD, P.C,**
 9717 Cogdill Rd., Ste. 101
 Knoxville, TN 37932
 (865) 380-5960 telephone
 (865) 380-5999 facsimile
 jlucas@merchantgould.com
 jwinemiller@merchantgould.com
 ***Counsel for The Peoples Bank***

s/ *Gregory Brown*
Gregory Brown (027944)
**Lowe, Yeager & Brown**
1950 Riverview Towers
900 S. Gay Street, Ste. 1950
Knoxville, TN 37902-1810
(865) 312.8733
(865) 637.0540 (facsimile)
*gb@lyblaw.net*
***Counsel for Raymond E. Lacy,***
***Lacy, Price & Wagner, P.C.,***
***and Summit Title Co.***

/s/ *Charles G. Fisher*
Charles G. Fisher (018468)
**Grant Konvalinka & Harrison PC**
633 Chestnut Street, Ste. 900
Republic Center
Chattanooga, Tennessee 37450-0001
(423) 756.8400
(423) 756.6518 (facsimile)
*cfisher@gkhpc.com*
***Counsel for Old Republic National***
 ***Title Insurance Co.***

3

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2013, a true and correct copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this through the Court's electronic filing system.

/s/ *John A. Lucas*